UNITED STATES DISTRICT COURT

Northern District of California

SICA SUN,

           Plaintiff,

  v.

GEORGE SZILAGYI,

           Defendant.
_____/

No. C 13-2932 MEJ

**STATUS ORDER**

      This matter is currently scheduled for a Case Management Conference on October 3, 2013. However, as there is no indication that Defendant(s) has/have been served in accordance with Federal Rule of Civil Procedure 4, the Court VACATES the October 3 conference and ORDERS Plaintiff Sica Sun to file a status report by October 17, 2013.

      **IT IS SO ORDERED.**

Dated: September 30, 2013

_____
Maria-Elena James
United States Magistrate Judge